

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of property over the value of $50, punishment being assessed at two years in the penitentiary.

Appellant has filed his affidavit with this court advising that he does not further desire to prosecute his appeal, and at his request the same is dismissed.

**Albert BROOKER v. STATE.**

No. 17628.

Court of Criminal Appeals of Texas.
April 3, 1935.

W. A. Morrison, of Cameron, and Aubrey Morris and Gene McNamara, both of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary, punishment being two years in the penitentiary.

Appellant has filed with this court his affidavit advising that he does not desire to further prosecute his appeal, and at his request the same is dismissed.